IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| DOMENIC ROMEO | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No. JFM03CV453 |
| ACandS, INC., et al., | * | |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATION OF FILING OF STATE COURT PAPERS

Defendant Hopeman Brothers, Inc. ("Hopeman"), by its attorneys, files this Certification of Filing of State Court Papers pursuant to Rule 103.5.a of the Rules of the United States District Court for the District of Maryland and states as follows:

1. On February 28, 2003, Defendant's counsel reviewed a copy of the electronic docket entries for <u>Romeo v. ACandS, Inc., et al.</u>, which was pending in the Circuit Court for Baltimore City, Maryland as Case Number 24X98135511. A copy of the print-out of the "Documents Filed by Case" report from CourtLink copied on February 28, 2003 is attached hereto as Exhibit A.

1. Upon review of the docket entries, it appeared that the following documents had been filed in the Circuit Court for Baltimore City.

    (1) Plaintiff Domenic Romeo Notice of Dismissal filed August 7, 2001;

    (2) Plaintiffs' Amendment By Interlineation to Add Defendant Combustion Engineering, Inc. and Line to Request Summons filed September 18, 2001;

    (3) Plaintiffs' Amendment By Interlineation to Add Defendants Amchem Products, Inc., Union Carbide Corporation, Pfizer Inc,

        Dana Corporation, Certainteed Corporation, Kaiser Aluminum and Chemical Corporation, Foseco, Inc. and Champion International Corporation and Line to Request Summons filed December 10, 2001;

(4) <u>Nathaniel Brown, et al.</u>, January 13, 2003 Trial Group Notice of Deposition of Richard Hibler filed October 7, 2002;

(5) Plaintiffs' Response to Defendants Hampshire Industries, Inc. and Hopeman Brothers, Inc.'s Motions for Protective Order filed October 10, 2002;

(6) Order Denying Hampshire Industries, Inc.'s and Hopeman Brothers, Inc.'s Motion for Protective Order filed October 10, 2002;

(7) Letter to The Honorable Judge Rombro re <u>Nathaniel Brown, et al.</u> filed October 10, 2002;

(8) Plaintiff Domenic Romeo Request for Removal From Inactive Civil Docket filed January 16, 2003;

(9) Plaintiff Domenic Romeo Medical Records filed January 16, 2003;

(10) Hopeman Brothers, Inc.'s Notice of Filing of Notice of Removal and exhibits filed February 12, 2003;

3. The Short Form Asbestos Complaint filed in this case was attached as Exhibit 1 to the Notice of Removal filed with this Court on February 19, 2003. This Complaint has not been filed on CourtLink.

4. The state court pleadings listed above are attached hereto as Exhibit B.

WHEREFORE, Hopeman Brothers, Inc. hereby certifies that all filings in the Circuit Court for Baltimore City action have been or are herewith filed in the United States District Court for

the District of Maryland.

        /s/
David W. Allen (#00208)
Michael A. Pichini (#26342)
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
Phone: (410) 783-4000
Fax: (410) 783-4040

Attorneys for Defendant, Hopeman Brothers, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2003, a copy of the foregoing Certification of Filing of State Court Papers, was served by electronic submission via CM/ECF, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, to:

Peter T. Nicholl, Esquire
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201

        /s/
David W. Allen

463880v1

**EXHIBIT A**

## Build Reports

Select Report: [Documents By Case ▼]  [Refresh]

### Documents Filed By Case Report
Report Created: Friday, February 28, 2003 8:58:52 AM



| Court: | Baltimore City Circuit Court | Judge: | Heller, Ellen | | eFile Live Date: | 7/9/2001 |
|---|---|---|---|---|---|---|
| Division: | N/A | Case Number: | 24X98135511 | | Documents Filed: | 11 |
| Case Type: | Personal Injury-Asbestos | Case Name: | Romeo, Domenic vs A C and S Inc CX-939 | | Date Range: | All |

1 through 11 of 11

| ▲Authorized Date | Authorizing Attorney | Organization | Document Title | Filing Type | Filing Option | Filing ID | Judicial Action | Linked |
|---|---|---|---|---|---|---|---|---|
| 8/7/2001 3:12:01 PM | William C Burgy | Nicholl, Peter T | Plaintiff Domenic Romeo Notice of Dismissal | Notice | File And Serve | 273067 | N/A | |
| 9/18/2001 3:40:40 PM | William C Burgy | Nicholl, Peter T | Plaintiffs Amendment By Interlineation to Add Defendant Combustion Engineering Inc and Line to Request Summons | Amended Complaint | File And Serve | 329340 | N/A | |
| 12/10/2001 4:19:10 PM | William C Burgy | Nicholl, Peter T | Plaintiffs Amendment by Interlineation to Add Defendants Amchem Products Inc Union Carbide Corporation Pfizer Inc Dana Corporation Certainteed Corporation Kaiser Aluminum and Chemical Corporation Foseco Inc and Champion International Corporation and Line to Request Summons | Amended Complaint | File And Serve | 439429 | N/A | |
| 10/7/2002 5:36:31 PM | Scott E Nevin | Nicholl, Peter T | Nathaniel Brown, et al. January 13 2003 Trial Group Notice of Deposition of Richard Hibler | Notice of Deposition | File And Serve | 967579 | N/A | |
| 10/10/2002 1:26:56 PM | Scott E Nevin | Nicholl, Peter T | Plaintiffs Response to Defendants Hampshire Industries Inc and Hopeman Brothers Inc s Motions for Protective Order | Response | File And Serve | 975419 | N/A | |
| 10/10/2002 1:26:56 PM | Scott E Nevin | Nicholl, Peter T | Order Denying Hampshire Industries Inc and Hopeman Brothers Incs | Proposed Order | File And Serve | 975419 | Pending | |

| Date | Filer | Firm | Document | Type | Action | ID | |
|---|---|---|---|---|---|---|---|
| | | | Motion for Protective Order | | | | |
| 10/10/2002 1:26:56 PM | Scott E Nevin | Nicholl, Peter T | Letter to The Honorable Judge Rombro re Nathaniel Brown, et al | Letter | File And Serve | 975419 | N/A |
| 1/16/2003 10:45:49 AM | Faith Anne Townsend | Nicholl, Peter T | Plaintiff Domenic Romeo Request For Removal From Inactive Civil Docket | Request for Removal from Inactive Civil Docket | File And Serve | 1227129 | N/A |
| 1/16/2003 10:45:49 AM | Faith Anne Townsend | Nicholl, Peter T | Plaintiff Domenic Romeo Medical Records | Exhibits | File And Serve | 1227129 | N/A |
| 2/19/2003 12:02:44 PM | David W Allen | Goodell DeVries Leech & Dann LLP | Hopeman Brothers, Inc.s Notice of Filing of Notice of Removal | Notice | File And Serve | 1428365 | N/A |
| 2/19/2003 12:02:44 PM | David W Allen | Goodell DeVries Leech & Dann LLP | Hopeman Brothers, Inc.s Notice of Removal of Civil Action | Exhibits | File And Serve | 1428365 | N/A |

1 through 11 of 11



[Back]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **DOMENIC ROMEO** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. JFM03CV453 |
| **ACandS, INC., et al.,** | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit B, which is an attachment to Hopeman Brothers, Inc.'s Certification of Filing of State Court Papers, exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of filing of this Notice, I will file and serve paper copies of the document identified above.

Date: 03/18/03

/s/
David W. Allen (#00208)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Phone: (410) 783-4000
Fax: (410) 783-4040

Attorney for Defendants, HOPEMAN BROTHERS, INC.

463880v1