IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **DOMENIC ROMEO** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. JFM03CV453 |
| ACandS, INC., et al., | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2003, a copy of Hopeman Brother's Inc.'s Certificate of Filing of State Court Papers which was electronically filed in this case on March 18, 2003, was mailed, via first class mail, postage prepaid, to:

Peter T. Nicholl, Esquire
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201

Louis G. Close, Esquire
Porter Hayden Company
711 W. 40th Street, Suite 351
Baltimore, MD 21211

John J. Nagle, III, Esquire
Bodie, Nagle, Dolina, Smith & Hobbs, P.A.
21 W. Susquehanna Avenue
Towson, MD 21204

Date: 03/18/03

/s/
David W. Allen (#00208)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Phone: (410) 783-4000
Fax: (410) 783-4040

Attorney for Defendants, HOPEMAN BROTHERS, INC.

463880v1